## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013, I caused a copy of the foregoing Notice of Motion for Admission of Andrew L. Margulis *pro hac vice* and supporting papers to be filed electronically on the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for Plaintiff as indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: January 3, 2013

    /s/ Eric C. Weissman
Eric C. Weissman
Ropers, Majeski, Kohn & Bentley, P.C.
Attorneys for Defendant
750 Third Avenue, 25th Floor
New York, NY 10017
(212) 668-5927

Attorneys for Defendant