Eric C. Weissman
Andrew L. Margulis (P*ro Hac Vice* pending)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
750 Third Avenue, 25th Floor
New York, NY 10017
(212) 668-5927
Attorneys for Defendant

UNITED STATES DISTRICE COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EISAI INC.,<br><br>              Plaintiff,<br>v.<br><br><br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>              Defendant. | 12-CV-7208-ELS-CLW<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Zurich American Insurance Company (a non-governmental corporate party), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to the Court to evaluate possible disqualification or recusal:

     Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.  Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd.  Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation.  Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

RC1/6790566.1/AM

Dated: January 23, 2013 Respectfully submitted,

By: /s/ Eric C. Weissman
Eric C. Weissman
Andrew L. Margulis (*Pro Hac Vice* pending)
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
750 Third Avenue, 25th Floor
New York, NY 10017
(212) 668-5927
eweissman@rmkb.com

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY