UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EISAI INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 12-cv-07208-ES-CLW |

## AMENDED CERTIFICATION OF ATTORNEY JOHN N. ELLISON IN SUPPORT OF APPLICATION FOR *PRO HAC VICE*

JOHN N. ELLISON, Esquire, hereby certifies as follows:

    1.    I am a partner in the law firm of Reed Smith LLP, and practice in its New York office, located at 599 Lexington Avenue, New York, NY 10022.

    2.    Reed Smith represents Plaintiff, Eisai Inc., in the above-captioned matter.

    3.    I make this Certification in support of my admission pursuant to Fed. R. Civ. P. 78 and D.N.J. Civ. R. 101.1(c)(1) for admission to this Court *pro hac vice* as counsel for Plaintiff

    4.    I was admitted and remain a member of good standing of the Bar of the Commonwealth of Pennsylvania on December 15, 1987, the highest court in the state in which I principally practice law. The Disciplinary Board of the Supreme Court of Pennsylvania maintains a roll of members of the Bar at its offices located at the Pennsylvania Judicial Center, 601 Commonwealth Avenue, Suite 5600, Harrisburg, Pennsylvania 17106.

    5.    Additionally, I hold the following bar memberships:

| Court | Date Admitted |
|---|---|
| Bar of the District of Columbia<br>1101 K Street, NW, Suite 200, Washington, DC 20005 | Dec. 13, 1989 |
| Bar of the State of New York<br>One Elk Street, Albany, NY 12207 | July 23, 1996 |
| United States Supreme Court<br>1 First Street, NE, Washington, DC 20543 | Jan. 9, 2008 |
| United States Court of Appeals for the Second Circuit<br>40 Foley Square, New York, NY 10007 | July 10, 2002 |
| United States Court of Appeals for the Third Circuit<br>601 Market Street, Philadelphia, PA 19106 | Jan. 5, 1988 |
| United States Court of Appeals for the Fourth Circuit<br>1100 East Main Street, Richmond, VA 23219 | Oct. 10, 2000 |
| United States Court of Appeals for the Fifth Circuit<br>600 South Maestri Place, New Orleans, LA 70130 | Apr. 2, 2007 |
| United States Court of Appeals for the Sixth Circuit<br>100 East Fifth Street, Cincinnati, OH 45202 | Jan. 9, 2008 |
| United States Court of Appeals for the Eighth Circuit<br>111 South 10th Street, St. Louis, MO 63102 | May 18, 2010 |
| United States Court of Appeals for the Ninth Circuit<br>95 Seventh Street, San Francisco, CA 94103 | Oct. 11, 2006 |
| United States District Court for the Eastern District of Pennsylvania<br>601 Market Street, Philadelphia, PA 19106 | Jan. 5, 1988 |
| United States District Court for the Middle District of Pennsylvania<br>235 N. Washington Avenue, Scranton, PA 18501 | June 23, 1989 |
| United States District Court for the District of Columbia<br>333 Constitution Avenue, NW, Washington, DC 20001 | Dec. 13, 1989 |
| United States District Court for the Southern District of New York<br>500 Pearl Street, New York, NY 10007 | Feb. 13, 2002 |
| United States District Court for the Eastern District of Michigan<br>231 W. Lafayette Boulevard, Detroit, MI 48226 | Aug. 6, 2003 |

United States District Court for the Western District of Michigan   Apr. 26, 2004
    110 Michigan Street, NW, Grand Rapids, MI 49503

    6.   I am currently a member in good standing of each of the courts listed above. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has been previously imposed on me in any jurisdiction. I seek and am eligible for admission to the bar of this Court *pro hac vice* pursuant to D.N.J. Civ. R. 101.1(c).

    7.   I have numerous years of experience in insurance litigation coverage cases with issues similar to those present in this action. I have appeared in courts around the country representing policyholders. I seek admission to practice before this Court to provide Plaintiff with this expertise.

    8.   If admitted *pro hac vice* in this action:

        a) I will notify the Court immediately of any matter impacting my standing in the bar of any other court;

        b) I shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a);

        c) I will ensure that a payment of $150.00 is made to the Clerk, USDC;

        d) I will have all pleadings, briefs, and other papers filed with the Court signed and filed by a member in good standing of the Bar of this Court; and

        e) I agree, pursuant to New Jersey Court Rule 1:21-7, not to take a fee in any tort case in excess of the amount permitted by the Rule

    9.   Based on the foregoing, I respectfully request that this Court grant my application to appear *pro hac vice* in this action on behalf of Plaintiff.

I certify that the foregoing statements made by me are true. I am aware that is any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

Date: February 1, 2013

John N. Ellison
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
jellison@reedsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Amended Certification of Attorney John N. Ellison in Support of Application for Pro Hac Vice to be filed with the Clerk of Court using the Court's Electronic Filing System, which will send notice electronically of such filing to the following registered ECF user:

Eric Corey Weissman
Ropers Majeski Kohn & Bentley
17 State Street, Suite 2400
New York, NY 1004
212-668-5927
eweissman@ropers.com

Dated: February 1, 2013

/S/ Whitney D. Clymer
Whitney D. Clymer (WC-0106)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
wclymer@reedsmith.com

*Counsel for Plaintiff Eisai Inc.*