

**Whitney D. Clymer**
Direct Phone: +1 212 549 0256
Email: wclymer@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 19, 2013

The Hon. Magistrate Judge Steven C. Mannion
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:   Eisai Inc. v. Zurich American Insurance Company, U.S.D.C. N.J. Case No. 12-cv-07208**

Dear Magistrate Judge Mannion:

I am writing in regards to your Order on February 7, 2013 scheduling a Rule 16 Conference (the "Conference") for 3:00 pm on April 22, 2013 in Newark-Courtroom 4A for the above-captioned matter. Counsel for Plaintiff, Eisai Inc., have a conflict which would prevent counsel from attending the Conference as scheduled on April 22, 2013 and respectfully request an adjournment of the Conference to another date.

Counsel for Plaintiff conferred with counsel for Defendant, Zurich American Insurance Company, who consented to this request for an adjournment of the Conference.  The parties agreed that both would be available to attend a Conference if it were rescheduled for the afternoon of Thursday April 25, 2013, Friday April 26, 2013, or any day during the week of May 6, 2013.

I filed this correspondence with the Clerk of Court using the Court's Electronic Filing System which thereby served the correspondence on counsel for Defendant in the above-captioned matter on February 19, 2013.

Respectfully,


 __/S/_ Whitney D. Clymer_
Whitney D. Clymer

*Counsel for Plaintiff Eisai Inc.*