UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EISAI INC., <br><br> Plaintiff, <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No.: 12-cv-07208-ES-CLW |

### ORDER ADMITTING JOHN N. ELLISON, ESQUIRE *PRO HAC VICE*

**THIS MATTER** having come before the Court by Whitney D. Clymer, Esquire of Reed Smith LLP, attorneys for Plaintiff Eisai Inc., for an Order to permit John N. Ellison, Esquire, to appear and participate *pro hac vice*, and the Court having considered the moving papers, and for good cause shown pursuant to Fed. R. Civ. P. 78 and L. Civ. R. 101.1, in the United States District Court for the District of New Jersey;

IT IS on this ___15th___ day of ___March___, 20_13_, hereby

**ORDERED** that John N. Ellison, Esquire, shall be permitted to appear *pro hac vice* as counsel for Plaintiff, Eisai Inc., in the above-captioned matter pursuant to L. Civ. R. 101.1, in the United States District Court for the District of New Jersey; provided however, that all pleadings, briefs and other papers filed with the Court shall be signed by a member of the bar of this Court pursuant to L. Civ. R. 101.1(c)(3) and Whitney D. Clymer, Esquire, an attorney admitted and in good standing with this Court, shall be held responsible for said papers and for the conduct of the case and shall be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; it is further

**ORDERED** that John N. Ellison, Esquire, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within twenty (20) days from the entry of this Order; it is further

**ORDERED** that John N. Ellison, Esquire, shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that John N. Ellison, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Rule 1:21-7 governing contingent fees.

_Steven C. Mannion_
~~U.S.D.J.~~ U.S.M.J.